COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-309-CV

DELLA RENEE PRINS-VICARS
 
APPELLANT

V.

AMERICAN CASUALTY COMPANY APPELLEES

OF READING, PENNSYLVANIA; GALLAGHER

BASSETT SERVICES, INC.; AND TERRY TARTER

 
 

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Unopposed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  May 24, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.